IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAITLIN WALSH,** ) | |
| ) | |
| *Plaintiff,* ) | **CASE NO.  24-CV-1059-RJD** |
| vs. ) | |
| ) | |
| **A.F. RISAVY, INC.,** ) | |
| *Defendant.* ) | |

## JUDGMENT IN A CIVIL CASE

IT IS HEREBBY ORDERED AND ADJUDGED that pursuant to the Order entered by this Court on March 27, 2025, this case is **DISMISSED with prejudice**.  Each party to bear their own costs.

**DATED:  May 29, 2025**

**MONICA A. STUMP**
**CLERK OF COURT**

By: *s/ Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**